1  ADAM GORDON
   United States Attorney
2  SEAN VAN DEMARK
   Assistant U.S. Attorney
3  Hawaii Bar No. 10288
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7657
   Facsimile:  (619) 546-0631
6  Email: Sean.Van.Demark@usdoj.gov

7  Attorneys for Plaintiff,
8  United States of America

9

10              UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,       | Case No.  25-mj-2403-JLB
13 |                                 |
   |        Plaintiff,               | NOTICE OF APPEARANCE
14 |    v.                           |
15 | JESUS IVAN RODRIGUEZ LEYVA (1), |
16 | JULIO CESAR ZUNIGA LUNA (2),    |
17 |        Defendants.              |

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-
19 captioned case.
20      I certify that I am admitted to practice in this court or authorized to practice under
21 CivLR 83.3.c.3-4.
22      The following Government attorney (who is admitted to practice in this court or
23 authorized to practice under CivLR 83.3.c.3-4), should be listed as lead counsel for
24 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity
25 in this case:
26      Name
27      None
28 //

1  Effective this date, the following attorney is no longer associated with this case and
2  should not receive any further Notices of Electronic Filings relating to activity in this case
3  (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please
4  terminate this association):

<u>Name</u>

None

DATED: May 6, 2025     Respectfully submitted,

ADAM GORDON
United States Attorney

*Sean Van Demark*
SEAN VAN DEMARK
Assistant U.S. Attorney
Email: Sean.Van.Demark@usdoj.gov
Attorneys for Plaintiff
United States of America